# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of -- ) | |
| ) | |
| Centerra-Parsons Pacific, LLC ) | ASBCA Nos. 61754, 62139 |
| ) | |
| Under Contract No. N62742-12-D-3601 ) | |

APPEARANCE FOR THE APPELLANT:    Kevin Pinkney, Esq.
    Arent Fox LLP
    Washington, DC

APPEARANCES FOR THE GOVERNMENT:    Craig D. Jensen, Esq.
    Navy Chief Trial Attorney
    Robyn L. Hamady, Esq.
    Trial Attorney

## OPINION BY ADMINISTRATIVE JUDGE THRASHER

The parties have resolved their dispute and request that the Board enter judgment in favor of appellant.

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' joint motion to sustain the appeals and request entry of a consent judgment, that the appeals are sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $1,988,201.27. This amount is inclusive of interest. No further interest shall be paid.

Dated: October 30, 2019

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur

RICHARD SHACKLEFORD
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I concur

OWEN C. WILSON
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA Nos. 61754, 62139, Appeals of Centerra-Parsons Pacific, LLC, rendered in conformance with the Board's Charter.

Dated:

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals

2